**FILED**
MAR 0 1 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ERIK MERCADO-ARECHIGA, </br></br> Defendant. | ) CASE NO. 3:06-cr-01345-GT </br> ) </br> ) **ORDER GRANTING MOTION TO** </br> ) **AUTHORIZE CJA ATTORNEY TO** </br> ) **OBTAIN POST-CONVICTION RELIEF** </br> ) **FOR DEFENDANT'S PRIOR STATE** </br> ) **CONVICTION** </br> ) |

GOOD CAUSE APPEARING, it is hereby ordered that John R. Fielding, Jr., counsel for defendant, ERIK MERCADO-ARECHIGA ("Mr. Mercado-Arechiga"), is authorized to seek post-conviction relief for Mr. Mercado-Arechiga's prior state convictions. Legal services associated with seeking and obtaining such relief shall not exceed $3,500 (28 hours at $125/hour) [handwritten: $2500.00] without additional authorization. Payment shall be made directly to Mr. Fielding upon submission of a CJA 20 voucher.

Date: 3-1-11

_____
Honorable Gordon Thompson, Jr.